**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JOHN ROBERT BADGER** | **CIVIL ACTION NO. 22-5450** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 4] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff John Robert Badger's claims and requests for relief are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief from a defendant immune from such relief.

MONROE, LOUISIANA, this 8th day of November 2022.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**